■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAREIL RENNIE, Appellant. [823 NYS2d 347]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered October 31, 2002, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court did not err in granting the prosecutor's challenge for cause to a prospective juror (*see People v Shulman*, 6 NY3d 1, 27-28 [2005]; *People v Nicholas*, 98 NY2d 749, 751-752 [2002]; *People v Chambers*, 97 NY2d 417, 419 [2002]; *People v Anderson*, 242 AD2d 489 [1997]).

The contentions raised by the defendant in his supplemental pro se brief are without merit. Miller, J.P., Ritter, Rivera and Lifson, JJ., concur.